# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUCIO ARMANDO MARQUEZ,<br><br>Defendant. | Case No.:<br><br>INFORMATION<br><br>Title 18, United States Code, Sections 751(a), 4082(a) – Escape Federal Custody (felony) |

THE UNITED STATES CHARGES:

On or about April 8, 2024, within the Southern District of California, Defendant LUCIO ARMANDO MARQUEZ did escape from an institution and facility in which he was confined by the direction of the Attorney General, or his authorized representative, to wit: CoreCivic – Ocean View, located at 551 South 35th Street, San Diego, California 92133, said custody and confinement, by virtue of his felony conviction for Importation of Methamphetamine, in violation of Title 21, United States Code, Sections 952, 960; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

//

//

1  DATED: May 15, 2024				TARA K. MCGRATH
							United States Attorney

							*/s/ Joshua Mellor*

							JOSHUA C. MELLOR
							Assistant United States Attorney